December 12, 2008

Mr. Louis A. Olivarez
1098 S. Hwy 2037
Fort Stockton, TX 79735
Ms. Carolee Donna Dennis Cox
Attorney at Law
P.O. Box 1902
Aransas Pass, TX 78335

RE: Case Number: 08-0738
 Court of Appeals Number: 13-07-00348-CV
 Trial Court Number: S-06-5501FL-C

Style: LOUIS A. OLIVAREZ
 v.
 RAELA JOHNSON OLIVAREZ

Dear Counsel:

 Today the Supreme Court withdrew the order of December 5, 2008,
dismissing the petition for review for want of jurisdiction, and reinstated
the petition for review in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Dorian E. |
| |Ramirez |